UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHYNNA TAYLOR,<br><br>                Plaintiff,<br><br>-against-<br><br>JAXON JAMES COUTURE LLC and AMBER SILVA,<br><br>                Defendants. | Civil Action 1:25-CV-00354 (LAP)(KHP)<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the undersigned counsel of record that (a) the time of defendants to respond to the within Complaint shall be and hereby is extended from January 21, 2025 to February 21, 2025 and (b) defendants waive any defense based on service of process.

**RISSMILLER PLLC**
Attorneys for Plaintiff

By: _____
    Alex Rissmiller
5 Pennsylvania Plaza – 19th Floor
New York, New York 10001
(646) 664-1412
Jan 15, 2025

**LITTLER MENDELSON, P.C.**
Attorneys for Defendants

By: _____
    Eric A. Savage
900 Third Avenue
New York, New York 10022
(212) 583-9600
Jan 15, 2025

SO ORDERED:

_____
Loretta A. Preska
United States District Judge

January 16, 2025
New York, New York