UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHYNNA TAYLOR,

                Plaintiff,

-against-

JAXON JAMES COUTURE LLC AND AMBER SILVA,

                Defendants.

25-CV-00354 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for an initial conference on May 15, 2025 at 2:30 p.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    New York, New York
            May 5, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge