UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHYNNA TAYLOR,

                Plaintiff,

-against-

JAXON JAMES COUTURE LLC AND AMBER SILVA,

                Defendants.

25-CV-00354 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a settlement conference on July 23, 2025 at 10:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    New York, New York
            May 21, 2025

                                */s/ Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge