UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHYNNA TAYLOR,

                Plaintiff,

-against-

JAXON JAMES COUTURE LLC AND AMBER SILVA,

                Defendants.

25-CV-00354 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    It is the Court's understanding that Defendants asked Plaintiff for clarification on certain potential settlement topics. Counsel shall confer and inform the Court no later than Wednesday, July 30, 2025 at 10:00 a.m. when the parties wish to update the Court virtually by Teams.

**SO ORDERED.**

Dated:    New York, New York
           July 28, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge