UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
 CHYNNA TAYLOR,

                     Plaintiff,

 -against-                              25-CV-00354 (LAP)
                                        ORDER
 JAXON JAMES COUTURE LLC AND
 AMBER SILVA,

                     Defendants.
```

LORETTA A. PRESKA, Senior United States District Judge:

    At a settlement conference on July 30, 2025, a settlement was reached on all issues.  The Clerk of the Court shall mark this action closed, subject to reopening by letter within 30 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
          July 30, 2025

                        */s/ Loretta A. Preska*
                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge